IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EARL STRONG, | § | |
| | § | |
| Defendant Below- | § | No. 148, 2016 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| WELLS FARGO BANK, NA, | § | |
| | § | C.A. No. K15C-03-003 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted:  July 15, 2016
Decided:    September 13, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **VALIHURA**, Justices.

## O R D E R

This 13th day of September 2016, the Court has considered this matter on the basis of the parties' briefs and the record on appeal and has determined that the final judgment should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated February 26, 2016.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice